IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANDREW K. BALLOU, III; SUSANNA M. BALLOU; and MARIA Z. DA CUNHA,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Argent Mortgage Securities, Inc. 2006-MI,<br><br>Defendants. | CIVIL ACTION NO. 1:15-cv-00091<br><br>Removed Case No. KC-2015-0077<br>(Superior Court of Kent County) |

## CONSENT JUDGMENT AND STIPULATION TO VALIDATE MORTGAGE, SET ASIDE AND RESCIND FORECLOSURE

Plaintiffs Andrew K. Ballou, III, Susanna M. Ballou, and Maria Z. Da Cunha (collectively "Plaintiffs") and Defendants Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M1 ("Deutsche Bank") (collectively "Defendants") respectfully submit this Consent Judgment and Stipulation to Validate Mortgage, Set Aside and Rescind Foreclosure, and for Dismissal With Prejudice for entry by the Court:

1. The December 16, 2014 foreclosure sale of Plaintiffs' real property commonly known as 9 Enfield Drive, West Warwick, Rhode Island 02893 is hereby set aside.

2. The mortgage dated May 6, 2006, and recorded in the Land Evidence Records for the Town of West Warwick on May 25, 2006, at Book 1748, Page 332, and the note evidencing the indebtedness secured by said mortgage are hereby stipulated to be valid and of full force and effect, subject only to a modification agreement entered between the parties which shall also be recorded in the official records of the Town of West Warwick.

3. All claims are otherwise dismissed with prejudice as to all Defendants, with each party to bear his/her/its own costs and fees.

BY CONSENT:

*[signature: Todd Dion]*

TODD S. DION   #6852
1599 Smith Street
North Providence, Rhode Island 02911
401-649-4330
*Attorney for Plaintiffs Andrew
K. Ballou, III, Susanna M.
Ballou, and Maria Z. Da Cunha*

*[signature]*

JAMES P. MARUSAK   #2470
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, Rhode Island 02903
401-274-6644
*Attorneys for Defendants Ocwen Loan
Servicing, LLC and Deutsche Bank National
Trust Company, as Trustee for Argent
Securities Inc., Asset-Backed Pass-Through
Certificates, Series 2006-M1*

BY ORDER: *[signature]*

ENTER: *[signature: Barbara Barletta]*